IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VANQUEZ WOODARD;

   Plaintiff,

v.

TRANSPORT MAGOG EXPRESS, INC.;
PATRICK ROBERT RING;

   Defendants.

Civil Action No.: 1:18-cv-00079

## **COMPLAINT**

COMES NOW Plaintiff in the above-styled cause, and alleges against Defendants as follows:

1. This Court has jurisdiction over these claims based upon 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

2. Plaintiff Vanquez Woodard ("Mr. Woodard") is a resident of Mobile County, Alabama and is over the age of nineteen (19) years.

3. Defendant Transport Magog Express, Inc. ("Magog Express") is a foreign company located in East Farnham, Quebec, Canada, United States DOT number 19264. On the date of the wreck made the basis of this suit, Magog Express was the employer of the driver of the tractor-trailer rig which was involved in the wreck made the basis of this lawsuit.

4. Defendant Patrick Robert Ring ("Mr. Ring") is a resident of Brossard, Quebec, Canada and is over the age of nineteen (19) years.

5. On or about February 23, 2016 in Mobile County, Alabama, Plaintiff was

operating a motor vehicle. Mr. Ring was operating a tractor-trailer rig and caused a collision with the vehicle operated by the Plaintiff. Defendant Magog Express owned, controlled and/or leased said vehicle. Defendant Magog Express was the principal and/or employer of Mr. Ring; Magog Express negligently and/or wantonly entrusted said vehicle to Mr. Ring; Magog Express negligently and/or wantonly supervised and hired the defendant driver, and/or had a business interest in the trip.

7. On said date and at said location, Mr. Ring caused an automobile/trucking collision with the vehicle occupied and driven by the Plaintiff, thereby causing injuries to Plaintiff.

## **FIRST CAUSE OF ACTION**

8. Plaintiff adopts and incorporates herein all allegations contained in the preceding paragraphs.

9. At the times and places set forth hereinabove, Mr. Ring was acting within the line and scope of his employment as the agent, servant and/or employee of Defendant Magog Express.

10. At the times and places set forth hereinabove, Defendant negligently operated his tractor-trailer rig so as to cause a collision with a motor vehicle operated by Plaintiff.

11. As a proximate result of the above-described negligence of Defendants, the Plaintiff has suffered personal injuries and damages, as follows: he was caused to undergo medical treatment for his injuries and will be caused to go undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional medical expenses in the future; he was permanently injured; he was

caused to suffer both physically and emotionally, still so suffers and will so suffer in the future; and he suffered lost wages.

WHEREFORE, Plaintiff demands general compensatory damages, plus interest and costs, against Defendants jointly and individually, within the jurisdictional limits of this Court.

## SECOND CAUSE OF ACTION

12. Plaintiff adopts and incorporates herein all allegations contained in the preceding paragraphs.

13. At the times and places set forth hereinabove, Mr. Ring wantonly operated his tractor-trailer rig so as to cause a collision with a motor vehicle operated by Plaintiff.

14. Plaintiff further alleges that, at the times and places set forth hereinabove, Mr. Ring was acting within the line and scope of his employment as the agent, servant and/or employee of Defendant Magog Express.

15. As a proximate result of the above-described combined and concurring wantonness of Defendants, the Plaintiff suffered personal injuries and damages, as follows: he was caused to undergo medical treatment for his injuries and will be caused to go undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional medical expenses in the future; he was permanently injured; he was caused to suffer both physically and emotionally, still so suffers and will so suffer in the future; and he suffered lost wages.

WHEREFORE, Plaintiff demands general compensatory and punitive damages, plus interest and costs, against Defendants jointly and individually, within the jurisdictional limits of

this Court.

### THIRD CAUSE OF ACTION

Plaintiff alleges against Defendant Magog Express, as follows:

16.     Plaintiff adopts and incorporates herein all allegations contained in the preceding paragraphs.

17.     At the times and places set forth hereinabove, Defendant Magog Express negligently entrusted the motor vehicle being operated by Mr. Ring.

18.     As a proximate result of the above-described negligence of the Defendant, the Plaintiff has suffered personal injuries and damages, as follows:  he was caused to undergo medical treatment for his injuries and will be caused to go undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional medical expenses in the future; he was permanently injured; he was caused to suffer both physically and emotionally, still so suffers and will so suffer in the future; and he suffered lost wages.

WHEREFORE, Plaintiff demands general compensatory damages, plus interest and costs, against Defendants jointly and individually, within the jurisdictional limits of this Court.

### FOURTH CAUSE OF ACTION

Plaintiff alleges against Defendant Magog Express, as follows:

19.     Plaintiff adopts and incorporates herein all allegations contained in the preceding paragraphs.

20.     Plaintiff further alleges that, at the times and places set forth hereinabove, Defendant wantonly entrusted the motor vehicle being operated by Mr. Ring.

21.     As a proximate result of the above-described wantonness of Defendant, Plaintiff was caused to suffer personal injuries and damages, as follows:  he was caused to undergo medical treatment for his injuries and will be caused to go undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional medical expenses in the future; he was permanently injured; he was caused to suffer both physically and emotionally, still so suffers and will so suffer in the future; and he suffered lost wages.

WHEREFORE, Plaintiff demands general compensatory and punitive damages, plus interest and costs, against Defendants jointly and individually, within the jurisdictional limits of this Court.

## FIFTH CAUSE OF ACTION

Plaintiff alleges against Defendant Magog Express, as follows:

22.     Plaintiff adopts and incorporates herein all allegations contained in the preceding paragraphs.

23.     Plaintiff further alleges that, at the times and places set forth hereinabove, Defendants Magog Express negligently supervised Mr. Ring.

24.     As a proximate result of the above-described negligence of Defendants, Plaintiff suffered personal injuries and damages;  he was caused to undergo medical treatment for his injuries and will be caused to go undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional

medical expenses in the future; he was permanently injured; he was caused to suffer both physically and emotionally, still so suffers and will so suffer in the future; and he suffered lost wages.

WHEREFORE, Plaintiff demand general compensatory damages, plus interest and costs, against Defendants jointly and individually, within the jurisdictional limits of this Court.

## SIXTH CAUSE OF ACTION

Plaintiff alleges against Magog Express, as follows:

25. Plaintiff adopts and incorporates herein all allegations contained in the preceding paragraphs.

26. Plaintiff further alleges that, at the times and places set forth hereinabove, Defendant Magog Express wantonly supervised Mr. Ring.

27. As a proximate result of the above-described wantonness of Defendants, Plaintiff suffered personal injuries and damages; he was caused to undergo medical treatment for his injuries and will be caused to go undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional medical expenses in the future; he was permanently injured; he was caused to suffer both physically and emotionally, still so suffers and will so suffer in the future; and he suffered lost wages.

WHEREFORE, Plaintiff demands general compensatory and punitive damages, plus interest and costs, against Defendants jointly and individually, within the jurisdictional limits of this Court.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully submitted,

*/s/Edward P. Rowan*
EDWARD P. ROWAN
Federal Bar Number:  ROWAE3430
Attorney for Plaintiff

**TO BE SERVED VIA PROCESS SERVER**

**DEFENDANTS MAY BE SERVED AS FOLLOWS**

    TRANSPORT MAGOG EXPRESS, INC.
    131 Rue Maple Drive
    East Farnham, PQ J2K 4M7

    PATRICK ROBERT RING
    9125 Grande-Allee
    Brossard, PQ J4Z 3HB