IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANQUEZ WOODARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 18-0079-JB-MU ) |
| TRANSPORT MAGOG EXPRESS, INC., *et al*., | ) ) ) ) |
| Defendants. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant's partial Motion to Dismiss (Doc. 18) be **DENIED, in part,** and **GRANTED**, **in part,** as set forth in the Magistrate Judge's Report and Recommendation. It is further **ORDERED** that the allegations contained in the Third Cause of Action of the Amended Complaint that are specifically set forth in the Report and Recommendation be **STRICKEN.**

**DONE** this 28th day of February, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE